IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRELL UPSHAW, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:22-CV-225-WHA-SMD |
| RUSSELL CTY. JAIL, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on July 7, 2022. Doc. 7. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to comply with an order to file an amended complaint. *Id.* Plaintiff's objections were due by July 21, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 29th day of July, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE